**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 19 PM 4:27

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>BIEL BIEL, PUOL PUOL, MAJOK BETHOW, JUSTIN BACK, JEREMY HAYES, AND HASSAN MUSA,<br><br>Defendants. | 8:25CR186<br><br>INDICTMENT<br>18 U.S.C. § 922(g)(1) and 924(a)(8)<br>18 U.S.C. § 2<br>18 U.S.C. § 922(o) & 924(a)(2)<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c) |

The Grand Jury charges that

## COUNT I

Beginning on or about December 1, 2024 and continuing to on or about January 15, 2025, in the District of Nebraska, the defendants, **BIEL BIEL, PUOL PUOL, MAJOK BETHOW,** and **JUSTIN BACK** knowing they each had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: and

As to **BIEL BIEL**, Unlawful Possession of a Firearm by a Prohibited Juvenile Offender (CR23-3247), in the Douglas County District Court, Nebraska, September 10, 2024;

As to **PUOL PUOL**, Operate a Motor Vehicle to Avoid Arrest and Attempt to Commit a Class 2 Felony (CR23-2898), in the Douglas County District Court, Nebraska, January 3, 2024;

As to **MAJOK BETHOW**, Illegal Possession of a Machinegun (8:22CR96) and Firearms Conspiracy (8:22CR116), both January 11, 2024 and both in the United States District Court, District of Nebraska; and

As to **JUSTIN BACK**, Terroristic Threats (CR19-1763), in the Douglas County District Court, Nebraska, September 13, 2019;

knowingly possessed, to wit:

1

As to **BIEL BIEL, PUOL PUOL, MAJOK BETHOW,** and **JUSTIN BACK,** a Custom Gun Solutions AR .223 rifle;

As to **BIEL BIEL** and **PUOL PUOL,** a Century Arms AK 7.62 rifle and a Glock 19 9mm handgun;

As to **BIEL BIEL,** a Glock 19X 9mm handgun and Glock 27 .40 caliber handgun;

As to **PUOL PUOL,** a Glock 43 9mm handgun; and

As to **MAJOK BETHOW** a FNP 9mm handgun,

all firearms which had been shipped and transported in interstate commerce, and did aid and abet the same.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(8), and 2.

## COUNT II

Beginning on or about December 1, 2024 and continuing to on or about January 15, 2025, in the District of Nebraska, the defendants, **BIEL BIEL, PUOL PUOL, JEREMY HAYES,** and **HASSAN MUSA,** did knowingly possess a machine gun conversion device, specifically a "Glock Switch" auto sear, and did aid and abet the same.

In violation of Title 18, United States Code, Sections 922(o), 924(a)(2), and 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Count I of this Indictment are realleged and incorporated here for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon convictions of the offenses in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), set forth in Count I of this Indictment, the Defendants, **BIEL BIEL, PUOL PUOL, MAJOK BETHOW, JUSTIN BACK, JEREMY HAYES,** and **HASSAN MUSA** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d),

and Title 28, United States Code, Section 2461(c), any firearms, magazines and ammunition involved in the commission of the offenses, including:

    a.    Glock 19X 9mm handgun, S/N: CBVK323,

    b.    FNP 9mm handgun, S/N: 61BMR08935,

    c.    Glock 27 .40 caliber handgun, S/N: NDE900,

    d.    Glock 19 9mm handgun, S/N: MLS338,

    e.    Glock 19 9mm handgun, S/N: XBN400

    f.    Glock 43 9mm handgun, S/N: AGDV266

    g.    Century Arms AK 7.62 rifle, S/N: SV7016585, and

    h.    Custom Gun Solutions AR .223 rifle, S/N: CGS00183.

3. If any of the property described above, as a result of any act or omission of the Defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

    Pursuant to law laid out in 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

                                 A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

PATRICK C. MCGEE,
Assistant United States Attorney